G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030;
F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
MARIA ARCHILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARIA ARCHILA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN C. BONEWICZ, P.C.; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No.:  2:14-cv-02764-RSWL-CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff MARIA ARCHILA hereby voluntarily dismisses her claims, with prejudice, against Defendants JOHN C. BONEWICZ, P.C.; and DOES 1 to 10, inclusive.

                                        RESPECTFULLY SUBMITTED,

DATED:                                  **PRICE LAW GROUP APC**

June 12, 2014

                                        By: /s/ G. Thomas Martin, III
                                              G. Thomas Martin, III
                                              Attorney for Plaintiff